# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# AT MACON

| | |
|---|---|
| MARTIN J. WALSH,<br>Secretary of Labor, United States<br>Department of Labor,<br><br>　　　　Petitioner,<br><br>v.<br><br>AMF COMPANIES, LLC d/b/a<br>AMF CONSTRUCTION,<br><br>　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PETITION FOR ENFORCEMENT OF
## ADMINISTRATIVE SUBPOENA DUCES TECUM

The Secretary of Labor, U.S. Department of Labor, petitions the Court for an order compelling the Respondent, AMF COMPANIES, LLC, to produce the documents set forth in the administrative subpoenas issued by the Secretary on January 12, 2022, and March 25, 2022.[1] In support of this Petition, the Secretary states the following:

### JURISDICTION

1.  This Petition is brought to compel the Respondent to comply with an Administrative Subpoena *Duces Tecum* issued by the Regional Administrator, Wage and Hour Division, Region IV (hereinafter "WHD"), of the United States Department of Labor (hereinafter "the Subpoena") in an investigation conducted pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. (hereinafter "the Act" or the "FLSA").

---

[1] Subpoenas issued January 12, 2022, and March 25, 2022, are identical to one another regarding documents sought.

2. This Court has jurisdiction over the Petition pursuant to Section 9 of the Act, 29 U.S.C. § 209, and 28 U.S.C. §§ 1331, 1345.

**VENUE**

3. The Respondent operates a construction, remodeling and home design business in Bibb County, Georgia. The brick-and-mortar office location is 170 College Street, Macon, Georgia 31201. The subpoenas served on January 12, 2022, and March 25, 2022, were served to this location. The Respondent is an employer within the meaning of the FLSA. *See* Declaration of Wage and Hour Investigator Rhonda Berrien (hereinafter "WHI Berrien") at ¶ 2.

4. Venue lies in the United States District Court for the Middle District of Georgia pursuant to Section 9 of the Act, 28 U.S.C. § 90, and 28 U.S.C. § 1391, as a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

**THE INVESTIGATION AND THE SUBPOENA**

5. In November of 2021, the WHD's Atlanta District Office opened an investigation to determine the Respondent's coverage under the Act and compliance with the provisions of the Act. Rhonda Berrien, a wage and hour investigator, was assigned the case. In the course of the investigation, WHI Berrien determined that it was necessary to review certain records maintained by the Respondent. *See* Berrien Declaration at ¶¶ 2, 3.

6. During the course of her investigation, WHI Berrien requested from the Respondent certain records, including payroll records and time records (i.e., records showing the number of hours that employees worked). *Id.* at ¶ 3. The requested records were not provided.

7. On January 6, 2022, Juan Coria, the WHD's Regional Administrator for the Southeastern Region, issued a Subpoena to the Respondent pursuant to authority granted to the WHD by Sections 9 and 11 of the Act, 29 U.S.C. §§ 209 and 211. *See* Berrien Declaration at ¶ 4.

Then on January 12, 2022, WHI Yvette Partridge personally served the Subpoena on the Respondent at the office location in Bibb County, Georgia. *Id*. at ¶ 4. The Subpoena required the Respondent to produce certain documents to the WHD by January 26, 2022. *Id*.

8. On January 27, 2022, the WHD received a letter from the Respondent objecting to the service of the subpoena and indicating the Respondent will not comply with [the subpoena] unless and until it is ordered to do so by a court of competent jurisdiction." *Id*. at ¶ 4.

9. On February 24, 2022, Juan Coria, the WHD's Regional Administrator for the Southeastern Region, issued a second Subpoena to Respondent, identical in regard to documents sought, pursuant to authority granted to the WHD by Sections 9 and 11 of the Act, 29 U.S.C. §§ 209 and 211. *See* Berrien Declaration at ¶ 5. Then on March 25, 2022, Mark Ferland, the owner of AMF Companies, LLC was personally served at the office location in Bobb County, Georgia. *Id.* The Subpoena required the Respondent to produce certain document to the WHD by April 7, 2022. *Id.*

10. On April 12, 2022, the WHD received a second letter from the Respondent, maintaining his objections to the subpoena, but also providing one (1) month of payroll records for one (1) employee. *Id*. at ¶ 5.

### RESPONDENT'S FAILURE TO COMPLY WITH THE SUBPOENA

11. The Respondent failed respond to the Subpoena and produce the documents requested. The conduct of the Respondent constitutes disobedience and resistance to a lawful subpoena and an attempt to resist and thwart a lawful investigation by the Secretary of Labor. To date, the Respondent has failed to provide the requested documents to the WHD. *Id*. at ¶ 6.

## PRAYER FOR RELIEF

For these reasons, the Secretary requests that the Court:

11. Issue an order requiring the Respondent to show cause why it should not be required to produce the documents identified in the Subpoena; and

12. In the event that sufficient cause is not shown, issue an order directing the Respondent to produce the documents listed and described in the Subpoena.

A proposed order to show cause is attached. A memorandum of law is also being submitted in conjunction with this petition.

Respectfully submitted,

SEEMA NANDA
Solicitor of Labor

POST OFFICE ADDRESS:

Office of the Solicitor
U. S. Department of Labor
618 Church Street, Suite 230
Nashville, Tennessee 37219
Telephone: 615.238-6850
Fax No.: 615.781.5321
tag.jennifer.m@dol.gov
nash.fedcourt@dol.gov

TREMELLE HOWARD
Regional Solicitor

SCHEAN G. BELTON
Associate Regional Solicitor

MATT S. SHEPHERD
Counsel for Wage and Hour

/s/ Jennifer M. Tag
JENNIFER M. TAG

U. S. Department of Labor
Attorneys for the Petitioner